FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 02, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DUSTIN T. PERRIN,

           Plaintiff,

v.

DR. CRIS KENNEDY and DR. GILBERT ESCANDON,

           Defendants.

NO: 2:16-CV-00116-SMJ

**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

BEFORE THE COURT is Plaintiff's *pro se* Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a).  Defendants have not been served in this action.  Accordingly, **IT IS ORDERED** Plaintiff's Motion, ECF No. 9, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Although granted the opportunity to do so, Plaintiff did not file a separate Motion and Affidavit to waive the remaining balance of the filing fee as directed. Therefore, Plaintiff still is obliged to pay the full filing fee for this action pursuant to 28 U.S.C. § 1915(b).

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE --1

1  **IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order,
2  enter judgment of dismissal without prejudice, forward a copy to Plaintiff, and
3  close the file.
4  **DATED** this 2nd day of August 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE --2